**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   KENNETH SINGLETON,                              No. C 05-03557 WHA

11              Plaintiff,

12      v.                                           **ORDER REJECTING *IN FORMA***
                                                     ***PAUPERIS* APPLICATION**
13   RODERICK W.  HICKMAN,

14              Defendant.

15   _____/

16          This Order rejects plaintiff's application to proceed *in forma pauperis* because he failed

17   to satisfy the requirements of 28 U.S.C. 1915(a)(1).

18          Any litigant seeking to proceed *in forma pauperis* must submit an affidavit disclosing all

19   his assets.  28 U.S.C. 1915(a)(1).  Furthermore, "it is . . . essential" that this affidavit "state the

20   facts as to affiant's poverty with some *particularity, definiteness and certainty*. *Jefferson v.*

21   *United States*, 277 F.2d 723, 725 (9th Cir. 1960) (emphasis added).

22          Plaintiff did not disclose fully whether he had any  assets.  On his form declaration, he

23   did not answer the question, "Do you have any other assets?"  Therefore, his affidavit may not

24   disclose fully *all* plaintiff's assets.  It also does not state the facts of his poverty with

25   "definiteness and certainty."  *See* 28 U.S.C. 1915(a)(1); *Jefferson* at 725.

26          **IT IS SO ORDERED.**

27   Dated:  September 15, 2005

28                                              _____
                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE