IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SINGLETON,<br><br>    Petitioner,<br><br>  v.<br><br>RODERICK HICKMAN, Secretary,<br>California Department of Corrections<br>and Rehabilitation, and TERESA A.<br>SCHWARTZ, Warden,<br><br>    Respondents.<br>_____/ | No. C 05-03557 WHA<br><br>**ORDER GRANTING<br>APPLICATION TO PROCEED IN<br>FORMA PAUPERIS** |

    Petitioner seeks to proceed in forma pauperis under 28 U.S.C. 1915. Having reviewed petitioner's application, including the inmate trust-account statements attached thereto, this order finds that petitioner is indigent. His motion to proceed in forma pauperis is **GRANTED**. The Clerk shall issue any necessary summons. The U.S. Marshal for the Northern District of California shall serve upon respondent, without prepayment of fees, a copy of the petition for writ of habeas corpus, any related filings, the motion for appointment of counsel, this order and all petitioner's future filings that require service.

    **IT IS SO ORDERED.**

Dated: October 13, 2005.

                                                     WILLIAM ALSUP<br>                                                   UNITED STATES DISTRICT JUDGE

2