IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SINGLETON, | No. C 05-03557 WHA |
| Petitioner, | |
| v. | **AMENDED ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL** |
| RODERICK W. HICKMAN, | |
| Respondent | |

In this habeas action under 28 U.S.C. 2254, petitioner has requested appointment of counsel. The motion is **GRANTED** because petitioner is indigent, has suffered serious mental illness, did not finish high school and faces complex legal issues.

This Court approved petitioner's application to proceed in forma pauperis. Carol Strickman wishes to represent him. This experienced criminal-law attorney drafted the instant motion, wrote the petition for a writ of habeas corpus and represented petitioner in his unsuccessful state-court appeal. She has specialized in criminal appeals for sixteen years. Ms. Strickman also represented five federal habeas petitioners.

Title 18 U.S.C. 3006A(a)(2)(B) authorizes district courts to appoint counsel for habeas petitioners when "the court determines that the interests of justice so require."

The Clerk is **ORDERED** to provide this order to the Office of the Federal Public Defender. The public defender is **ORDERED** to advise the Court by January 17, 2006, on whether the appointment of Ms. Strickman would be in petitioner's best interest and consistent with U.S. District Court, Northern District of California, General Order No. 2 III.E. If it is not, the federal public defender is requested to find an attorney to represent petitioner and so advise the Court by February 2, 2006.

Upon receiving the public defender's evaluation and recommendation, this Court will decide who will represent petitioner.

This order supercedes and replaces the order granting the motion to appoint counsel that is docketed as item number 11.

**IT IS SO ORDERED.**

Dated:  December 7, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2