IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH SINGLETON,

    Petitioner,

  v.

RODERICK W. HICKMAN,

    Respondent.

                                       /

No. C 05-03557 WHA

**ORDER RE APPOINTMENT OF COUNSEL**

On December 7, 2005, this Court ordered the federal public defender to recommend whether or not appointment of Carol Strickman as counsel for petitioner Kenneth Singleton would be in his best interest and consistent with General Order No. 2 III.E. This advice was due January 17, 2006. If the public defender's answer were to be "no," he was requested to recommend an attorney by February 2, 2006.

To date, the Court has not received any advice. The public defender is **GIVEN AN EXTENSION UNTIL JANUARY 24**. The Clerk is **ORDERED** to provide this Federal Public Defender Barry Portman.

**IT IS SO ORDERED.**

Dated: January 19, 2006

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE