IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH SINGLETON,

    Petitioner,

  v.

RODERICK Q. HICKMAN, Secretary,
California Department of Corrections and
Rehabilitation,

    Respondent.
                                              /

No. C 05-03557 WHA

**ORDER APPOINTING COUNSEL**

      Petitioner Kenneth Singleton has moved for appointment of counsel. Respondent Roderick Q. Hickman does not oppose the motion. Federal Public Defender Barry Portman recommended that, if the Court appoints counsel, it choose Carol Strickman. Ms. Strickman wrote Mr. Singleton's petition and has agreed to represent him in these proceedings. She has extensive experience, including on petitioner's case in state court since March 2003 and in habeas matters. Petitioner is financially eligible for appointment of counsel. It is in the interests of justice to do so. Therefore, pursuant to 28 U.S.C. 2254(h) and 18 U.S.C. 3006A(a)(2)(B), Ms. Strickman is hereby appointed counsel to petitioner in this action.

    **IT IS SO ORDERED.**

Dated: January 25, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE