United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH SINGLETON,

          Petitioner,

   v.

RODERICK Q. HICKMAN, Secretary,
California Department of Corrections and
Rehabilitation; TERESA A. SCHWARTZ,
Warden,

          Respondents.
_____/

No. C 05-03557 WHA

**ORDER FOR PETITIONER TO
ADVISE**

     It does not appear that petitioner is currently in the custody of Warden Teresa A.

Schwartz.  Roderick Q. Hickman is no longer Secretary of the California Department of

Corrections and Rehabilitation.

     Petitioner is ordered to file notice of the proper respondent(s) by **NOON, FRIDAY, JUNE

16**.  The correct parties will be substituted upon receipt of petitioner's submission.

     **IT IS SO ORDERED.**

Dated: June 12, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE